**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 14, 2010**

Mr. Troy L. Henry
Henry Law Firm, PLC
630 South Main
Jonesboro, AR 72401

Mr. Elton A. Rieves III
Elton A. Rieves III & Associates
Post Office Box 450
Mountain View, AR 72560

      Re:  *Walker v. Jerry Lipps, Inc.*, No. 3:08CV165-WRW—Defendant's Motion *in Limine*

Dear Counsel:

I agree that a traffic violation bond forfeiture is not admissible; but I'm not so sure about the false certification by Mr. McDaniel and Defendant's Safety Director.

Do either of you have any authorities specifically on point?  If so, please send them (it) to me by 4:00 p.m. next Wednesday, October 20th.

Thank you.

                                  Cordially,

                               /s/Wm. R. Wilson, Jr.

cc:      Clerk of the Court