IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DIANNA WALKER and BRENT WALKER**                                 **PLAINTIFFS**

VS.                              No. 3:08 CV 00165-WRW

**JERRY LIPPS, INC.**                                              **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Now on this day, this matter comes on to be heard and the Court being fully advised by the attorneys for the parties herein that the matters in controversy have been compromised and settled in full, this cause of action be and the same is hereby Dismissed with Prejudice and each of the parties shall bear their Court costs expended.

DATED this _____ day of __November__, 2010.

_____
The Honorable W.R. Wilson
U.S. District Court Judge

**Approved for Entry:**

_____
Troy Henry, attorney for Plaintiffs

_____
Elton A. Rieves, III, attorney for Defendant